# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:                                §
                                      §
MODESTO MARTINEZ                      §    Case No. 16-27543
LIDUVINA MARTINEZ                     §
                                      §
                                      §
                Debtors               §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/26/2016 . The undersigned trustee was appointed on 08/26/2016 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $    20,007.94

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 2.35 |
   | Bank service fees | 31.64 |
   | Other payments to creditors | 15,856.69 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]    $ | 4,117.26 |

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 01/25/2017 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,622.72 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,622.72 , for a total compensation of $ 2,622.72 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 32.79 , for total expenses of $ 32.79 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/19/2017                By:/s/Peter N. Metrou, Trustee
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 16-27543 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | MODESTO MARTINEZ | | | | Date Filed (f) or Converted (c): | 08/26/2016 (f) |
| | LIDUVINA MARTINEZ | | | | 341(a) Meeting Date: | 09/19/2016 |
| For Period Ending: | 05/19/2017 | | | | Claims Bar Date: | 01/25/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2000 TOYOTA ECHO 100,000 MILES | 1,500.00 | 0.00 | | 0.00 | FA |
| 2. 1990 FORD FESTIVA 220,000 MILES | 500.00 | 0.00 | | 0.00 | FA |
| 3. 2012 INFINITI QX | 15,000.00 | 15,000.00 | | 20,007.94 | FA |
| 4. FURNITURE AND HOUSEHOLD GOODS | 1,200.00 | 0.00 | | 0.00 | FA |
| 5. PERSONAL CLOTHING | 500.00 | 0.00 | | 0.00 | FA |
| 6. CHASE | 100.00 | 0.00 | | 0.00 | FA |
| 7. CHASE | 3,400.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $22,200.00        $15,000.00        $20,007.94        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Liquidation of Debtor's vehicle. Motion to employ auctioneer 11/3/2016. Motion to sell free and clear and defer filing fee 12/15/2016.

RE PROP #        3    --    Liquidated per dckt# 32 order.

Initial Projected Date of Final Report (TFR): 06/30/2017        Current Projected Date of Final Report (TFR): 06/30/2017

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: 16-27543 | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: MODESTO MARTINEZ | Bank Name: | Associated Bank |
| LIDUVINA MARTINEZ | Account Number/CD#: | XXXXXX5801 |
| | | Checking |
| Taxpayer ID No: XX-XXX4398 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: 05/19/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/04/17 | 3 | Blue Rudge Automotive Grup, Inc. Lifetime Wholesale 4531 N. Federal HWY Pompano Beach, FL 33064 | Liquidation of Schedule B property Sale of 2011 Infinity per dckt# 32 | 1129-000 | $20,000.00 | | $20,000.00 |
| 01/10/17 | 101 | TD Auto Finance TD Bank Lockbox TD Auto Finance - 16039 Mailstop ME2-074-017 6 Atlantis Way Lewiston, ME 04240 | Payment on secured lien per dckt #32 | 4210-000 | | $15,856.69 | $4,143.31 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.64 | $4,131.67 |
| 02/07/17 | 102 | LTD. International Sureties 701 Poydras St. New Orleans, LA 70139 | Bond Payment | 2300-000 | | $2.35 | $4,129.32 |
| 02/27/17 | 3 | TD Auto Finance 27777 Onkster Road Farmington Hills, MI 48334 | Refund on payoff of auto sold per court approval | 1129-000 | $7.94 | | $4,137.26 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,127.26 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,117.26 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $20,007.94 | $15,890.68 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $20,007.94 | $15,890.68 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $20,007.94 | $15,890.68 |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*                                      Page Subtotals:    $20,007.94    $15,890.68

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5801 - Checking | $20,007.94 | $15,890.68 | $4,117.26 |
| | $20,007.94 | $15,890.68 | $4,117.26 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $20,007.94 |
| Total Gross Receipts: | $20,007.94 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-27543  
Debtor Name: MODESTO MARTINEZ  
Claims Bar Date: 1/25/2017  

Date: May 19, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $2,622.72 | $2,622.72 |
| 100 2200 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $32.79 | $32.79 |
| 100 2700 | CLERK OF THE COURT<br>Attn: Fiscal Dept.<br>219 South Dearborn St., 7th Floor<br>Chicago, IL 60604 | Administrative<br>Payment Status:<br>Valid To Pay | fee for Motion to Sell Free and Clear 2011 Infinity | $0.00 | $181.00 | $181.00 |
| 400 4210 | TD Auto Finance<br>TD Bank Lockbox<br>TD Auto Finance - 16039<br>Mailstop ME2-074-017<br>6 Atlantis Way<br>Lewiston, ME 04240 | Secured<br>Payment Status:<br>Valid To Pay | Payoff of auto lien per dckt #32 | $18,348.00 | $15,856.69 | $15,856.69 |
| | Case Totals | | | $18,348.00 | $18,693.20 | $18,693.20 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-27543
Case Name: MODESTO MARTINEZ
　　　　　　LIDUVINA MARTINEZ
Trustee Name: Peter N. Metrou, Trustee

Balance on hand　　　　　　　　　　　　　　　　　　　　$　　　4,117.26

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
|  | TD Auto Finance | $ 15,856.69 | $ 15,856.69 | $ 15,856.69 | $ 0.00 |

Total to be paid to secured creditors　　　　　　　　$　　　0.00

Remaining Balance　　　　　　　　　　　　　　　　$　　　4,117.26

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou | $ 2,622.72 | $ 0.00 | $ 2,622.72 |
| Trustee Expenses: Peter N. Metrou | $ 32.79 | $ 0.00 | $ 32.79 |
| Charges: CLERK OF THE COURT | $ 181.00 | $ 0.00 | $ 181.00 |

Total to be paid for chapter 7 administrative expenses　　$　　　2,836.51

Remaining Balance　　　　　　　　　　　　　　　　$　　　1,280.75

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

      In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

      Allowed priority claims are:

NONE

      The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

      Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

      Timely allowed general (unsecured) claims are as follows:

NONE

      Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

The amount of surplus returned to the debtor after payment of all claims and interest is $ 1,280.75 .