UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MODESTO MARTINEZ | § | Case No. 16-27543 |
| LIDUVINA MARTINEZ | § | |
| | § | |
| Debtors | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 1,200.00<br>*(Without deducting any secured claims)* | Assets Exempt: 6,000.00 |
| Total Distributions to Claimants:  15,856.69 | Claims Discharged<br>Without Payment:  142,141.00 |
| Total Expenses of Administration:  2,870.50 | |

3) Total gross receipts of $ 20,007.94  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 1,280.75  (see **Exhibit 2**), yielded net receipts of $ 18,727.19  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 36,696.00 | $ 15,856.69 | $ 15,856.69 | $ 15,856.69 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,870.50 | 2,870.50 | 2,870.50 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 123,793.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 160,489.00 | $ 18,727.19 | $ 18,727.19 | $ 18,727.19 |

   4)  This case was originally filed under chapter 7 on  08/26/2016 .  The case was pending for 12 months.

   5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated:  08/09/2017                       By:/s/Peter N. Metrou, Trustee
                                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2012 INFINITI QX | 1129-000 | 20,007.94 |
| **TOTAL GROSS RECEIPTS** | | **$ 20,007.94** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| MODESTO MARTINEZ and LIDUVINA MARTINEZ | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 1,280.75 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 1,280.75** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Td Auto Finance, PO Box 9223 Farmington Hills, MI 48333-9223 | | 18,348.00 | NA | NA | 0.00 |
| | TD Auto Finance | 4210-000 | 18,348.00 | 15,856.69 | 15,856.69 | 15,856.69 |
| **TOTAL SECURED CLAIMS** | | | **$ 36,696.00** | **$ 15,856.69** | **$ 15,856.69** | **$ 15,856.69** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter N. Metrou | 2100-000 | NA | 2,622.72 | 2,622.72 | 2,622.72 |
| Peter N. Metrou | 2200-000 | NA | 32.79 | 32.79 | 32.79 |
| LTD. International Sureties | 2300-000 | NA | 2.35 | 2.35 | 2.35 |
| Associated Bank | 2600-000 | NA | 31.64 | 31.64 | 31.64 |
| CLERK OF THE COURT | 2700-000 | NA | 181.00 | 181.00 | 181.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,870.50 | $ 2,870.50 | $ 2,870.50 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Everbank, 10912 S Western Ave Chicago, IL 60643-3205 | | 123,293.00 | NA | NA | 0.00 |
| | Heavner, Scott, Beyers, & Mihlar LLC, 60 W Randolph St Ste 200 Chicago, IL 60601-3378 | | 0.00 | NA | NA | 0.00 |
| | Marquette's Crossing West - HOA, PO Box 7504 Romeoville, IL 60446-0504 | | 500.00 | NA | NA | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 123,793.00 | $ 0.00 | $ 0.00 | $ 0.00 |

Case 16-27543   Doc 44   Filed 08/23/17   Entered 08/23/17 11:11:51   Desc Main
Document   Page 6 of 9

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-27543 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | MODESTO MARTINEZ | | | | Date Filed (f) or Converted (c): | 08/26/2016 (f) |
| | LIDUVINA MARTINEZ | | | | 341(a) Meeting Date: | 09/19/2016 |
| For Period Ending: | 08/09/2017 | | | | Claims Bar Date: | 01/25/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2000 TOYOTA ECHO 100,000 MILES | 1,500.00 | 0.00 | | 0.00 | FA |
| 2. 1990 FORD FESTIVA 220,000 MILES | 500.00 | 0.00 | | 0.00 | FA |
| 3. 2012 INFINITI QX | 15,000.00 | 15,000.00 | | 20,007.94 | FA |
| 4. FURNITURE AND HOUSEHOLD GOODS | 1,200.00 | 0.00 | | 0.00 | FA |
| 5. PERSONAL CLOTHING | 500.00 | 0.00 | | 0.00 | FA |
| 6. CHASE | 100.00 | 0.00 | | 0.00 | FA |
| 7. CHASE | 3,400.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $22,200.00   $15,000.00   $20,007.94   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Liquidation of Debtor's vehicle. Motion to employ auctioneer 11/3/2016. Motion to sell free and clear and defer filing fee 12/15/2016.

RE PROP #        3  --   Liquidated per dckt# 32 order.

Initial Projected Date of Final Report (TFR): 06/30/2017        Current Projected Date of Final Report (TFR): 06/30/2017

**UST Form 101-7-TDR (10/1/2010)** *(Page: 6)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 16-27543
Case Name: MODESTO MARTINEZ
LIDUVINA MARTINEZ
Taxpayer ID No: XX-XXX4398
For Period Ending: 08/09/2017

Trustee Name: Peter N. Metrou, Trustee
Bank Name: Associated Bank
Account Number/CD#: XXXXXX5801
Checking
Blanket Bond (per case limit): $1,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/04/17 | 3 | Blue Rudge Automotive Grup, Inc.<br>Lifetime Wholesale<br>4531 N. Federal HWY<br>Pompano Beach, FL 33064 | Liquidation of Schedule B property<br>Sale of 2011 Infinity per dckt# 32 | 1129-000 | $20,000.00 | | $20,000.00 |
| 01/10/17 | 101 | TD Auto Finance<br>TD Bank Lockbox<br>TD Auto Finance - 16039<br>Mailstop ME2-074-017<br>6 Atlantis Way<br>Lewiston, ME 04240 | Payment on secured lien<br>per dckt #32 | 4210-000 | | $15,856.69 | $4,143.31 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.64 | $4,131.67 |
| 02/07/17 | 102 | LTD. International Sureties<br>701 Poydras St.<br>New Orleans, LA 70139 | Bond Payment | 2300-000 | | $2.35 | $4,129.32 |
| 02/27/17 | 3 | TD Auto Finance<br>27777 Onkster Road<br>Farmington Hills, MI 48334 | Refund on payoff of auto sold per court approval | 1129-000 | $7.94 | | $4,137.26 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,127.26 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,117.26 |
| 07/07/17 | 103 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Distribution | | | $2,655.51 | $1,461.75 |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. ($2,622.72) | 2100-000 | | | |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. ($32.79) | 2200-000 | | | |
| 07/07/17 | 104 | CLERK OF THE COURT<br>Attn: Fiscal Dept.<br>219 South Dearborn St., 7th Floor<br>Chicago, IL 60604 | Final distribution representing a payment of 100.00 % per court order. | 2700-000 | | $181.00 | $1,280.75 |

Page Subtotals: $20,007.94   $18,727.19

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-27543 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: MODESTO MARTINEZ | Bank Name: Associated Bank |
| LIDUVINA MARTINEZ | Account Number/CD#: XXXXXX5801 |
| | Checking |
| Taxpayer ID No: XX-XXX4398 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 08/09/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/07/17 | 105 | MODESTO MARTINEZ and LIDUVINA MARTINEZ | Distribution of surplus funds to debtor. | 8200-002 | | $1,280.75 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $20,007.94 | $20,007.94 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $20,007.94 | $20,007.94 |
| Less: Payments to Debtors | $0.00 | $1,280.75 |
| Net | $20,007.94 | $18,727.19 |

Page Subtotals: $0.00 $1,280.75

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5801 - Checking | $20,007.94 | $18,727.19 | $0.00 |
|  | $20,007.94 | $18,727.19 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $20,007.94 |
| Total Gross Receipts: | $20,007.94 |

Page Subtotals:  $0.00  $0.00